Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER, LAVOIE,
  & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendants THE PATRICK M. CORBETT LAW OFFICES, a company, and PATRICK CORBETT, an individual; and SOUTHERN TIER AGENCY, a company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| Vian Charbonneau, | Case No.: |
|---|---|
| Plaintiff, | Contra Costa County Case #: C 08-00455 |
| v. | **JURY TRIAL DEMAND** |
| The Patrick M. Corbett Law Offices, a Company, and Patrick Corbett, an individual, and Southern Tier Agency, a Company, | |
| Defendants. | |

Defendants THE PATRICK M. CORBETT LAW OFFICES, PATRICK CORBETT, and SOUTHERN TIER AGENCY, a company hereby demand a jury trial in this matter.

Dated: April 4, 2008

                ELLIS, COLEMAN, POIRIER, LAVOIE, &
                   STEINHEIMER LLP

                By _____
                   Andrew M. Steinheimer
                   Attorney for Defendants
                   THE PATRICK M. CORBETT LAW OFFICES,
                   PATRICK CORBETT, and SOUTHERN TIER
                   AGENCY

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On April 4, 2008, I served the following document(s) on the parties in the within action:

REQUEST FOR JURY DEMAND

|  | |
|---|---|
|  | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|  | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|  | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|  | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Joshua B. Swigart<br>Hyde & Swigart<br>411 Camino Del Rio South<br>Suite 301<br>San Diego, CA 92108 | Attorneys for Plaintiff<br>Vian Charbonneau |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 4, 2008.

By: _____
Jennifer E. Mueller