1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
      & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendants THE PATRICK M. CORBETT LAW OFFICES, a company, and PATRICK
6  CORBETT, an individual; and SOUTHERN TIER AGENCY, a company

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO/OAKLAND DIVISION

11

12 | Vian Charbonneau,                          | Case No.:
                                                 | Contra Costa County Case #: C 08-00455
13 |     Plaintiff,                             |
                                                 | **CERTIFICATION AND NOTICE TO**
14 | v.                                          | **INTERESTED PARTIES**
15 | The Patrick M. Corbett Law Offices, a Company,
   | and Patrick Corbett, an individual, and Southern
16 | Tier Agency, a Company,
17 |     Defendants.

-1-

1  The undersigned, counsel of record for Defendants THE PATRICK M. CORBETT LAW
2  OFFICES, PATRICK CORBETT, and SOUTHERN TIER AGENCY, certify that the following listed
3  parties have a direct, pecuniary interest in the outcome of this case. These representations are made to
4  enable the Court to evaluate possible disqualification or recusal.
5      1.    VIAN CHARBONNEAU, Plaintiff
6      2.    THE PATRICK M. CORBETT LAW OFFICES, Defendant;
7      3.    PATRICK CORBETT, Defendant; and
8      4.    SOUTHERN TIER AGENCY, Defendant

Dated: April 4, 2008

ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP

By /s/ Andrew M. Steinheimer
Andrew M. Steinheimer
Attorney for Defendants
THE PATRICK M. CORBETT LAW OFFICES, PATRICK CORBETT, and SOUTHERN TIER AGENCY

**CERTIFICATE OF SERVICE**

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On April 4, 2008, I served the following document(s) on the parties in the within action:

CERTIFICATION AND NOTICE TO INTERESTED PARTIES

|   | |
|---|---|
|   | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|   | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|   | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|   | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Joshua B. Swigart<br>Hyde & Swigart<br>411 Camino Del Rio South<br>Suite 301<br>San Diego, CA 92108 | Attorneys for Plaintiff<br>Vian Charbonneau |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 4, 2008.

By: _____
Jennifer E. Mueller

-3-