| | |
|---|---|
| 1 | Joshua B. Swigart, Esq. (SBN: 225557) |
| | josh@westcoastlitigation.com |
| 2 | Robert L. Hyde, Esq. (SBN: 227183) |
| | bob@westcoastlitigation.com |
| 3 | **HYDE & SWIGART** |
| 4 | 411 Camino Del Rio South, Suite 301 |
| 5 | San Diego, CA 92108-3551 |
| | Telephone: (619) 233-7770 |
| 6 | Facsimile:  (619) 297-1022 |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | |
| 9 | Vian Charbonneau |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIAN CHARBONNEAU, | Case No.: 3:08-CV-01833-MHP |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| THE PATRICK M. CORBETT LAW OFFICE, A COMPANY, AND PATRICK CORBETT, AN INDIVIDUAL, AND SOUTHERN TIER AGENCY, A COMPANY, | |
| Defendant. | |

JOSHUA SWIGART, ESQ. SBN 225557
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770           Ref. No.       : 0303916-02
Attorney for : PLAINTIFF    Atty. File No. : C0800455

SUPERIOR COURT OF CA., COUNTY OF CONTRA COSTA
MT. DIABLO JUDICIAL DISTRICT  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : VIAN CHARBONNEAU | Case No.: C 08-00455 |
| DEFENDANT | : THE PATRICK M. CORBETT, et al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO DEFENDANTS; CASE MANAGEMENT STATEMENT; CONTRA COSTA COUNTY SUPERIOR COURT ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION; NOTICE OF CASE MANAGEMENT CONFERENCE

3. a. Party served     :   SOUTHERN TIER AGENCY, A COMPANY
   b. Person served   :   PAUL SIMS, MANAGING AGENT
                          (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  2265 GEORGE URBAN BLVD
                                       DEPEW, NY  14043     (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on March 7, 2008   (2) at: 11:10 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:  SOUTHERN TIER AGENCY, A COMPANY
      under [xx] CCP 415.95  (business org., form unknown)

7. **Person who served papers**
   a. WILLIAM BROWN
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $55.25
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 3, 2008

Signature: SEE ATTACHED NOTARIZED AFFIDAVIT
           WILLIAM BROWN

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)           **PROOF OF SERVICE**

JOSHUA SWIGART, ESQ. SBN 225557
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                Ref. No.      : 0303916-02
Attorney for : PLAINTIFF    Atty. File No. : C0800455

SUPERIOR COURT OF CA., COUNTY OF CONTRA COSTA
MT. DIABLO JUDICIAL DISTRICT  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : VIAN CHARBONNEAU | Case No.: C 08-00455 |
| DEFENDANT | : THE PATRICK M. CORBETT, et al. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 03/04/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served    SOUTHERN TIER AGENCY, A COMPANY

Business   :    2265 GEORGE URBAN BLVD, DEPEW NY 14043

Attempts to effect service are as follows:

03/05/08 04:00P  Attempted service at business; subject not in
03/06/08 09:26A  Attempted service at business; subject not in
03/07/08 11:10A  Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 3, 2008

Signature: <u>SEE ATTACHED NOTARIZED AFFIDAVIT</u>
WILLIAM BROWN

Jud. Coun. form, rule 982.9

**DECLARATION RE DILIGENCE**

| | | | |
|---|---|---|---|
| STATE OF: | CALIFORNIA | INDEX/CASE/FILE No. | C 08-00455 |
| SUPERIOR | COURT | COUNTY OF: CONTRA COSTA | |

**VIAN CHARBONNEAU**

                      Plaintiff(s)/Petitioner(s),       ***AFFIDAVIT PROOF OF SERVICE***
Vs.                                                                          ***INDIVIDUAL/CORPORATION***

**THE PATRICK M. CORBETT LAW OFFICE, et al.**
                      Defendant(s)/Respondent(s),

STATE OF NEW YORK       )
                                  ss. )
COUNTY OF:    ERIE       )

The undersigned states that he/she is a resident of the State of New York, is over the age of 18, and is not a party to this case and that he/she served the annexed: **SUMMONS and COMPLAINT, CIVIL CASE COVER SHEET, NOTICE TO DEFENDANT, CASE MANAGEMENT STATEMENT, ADR INFORMATION, NOTICE OF MANAGEMENT CONFERENCE.**

And, that the named Defendant/Respondent: **SOUTHERN TIER AGENCY**
was served as described below at:
                Date   **03.07/08**    Time  **11:10 AM**

This service was completed at:  **2265 GEORGE URBAN BLVD., DEPEW NY 14043**
Known to be the Defendant's:  **PLACE OF EMPLOYMENT**

( ) Personal In-Hand
(X) Responsible Person Service        Name:  **PAUL SIMS**
                                        Relationship: **MANAGING AGENT**
( ) Substitute Service by affixing to the main door entrance, a copy thereof.
    Previous attempts:
( ) Corporate Service by serving a person so named:
                                        Position:
( ) Non-Service/Unable to Complete Service (Explain Below)

| Description of person served. | Age | Wt | Ht | Sex |
|---|---|---|---|---|
| | 30 | 260 | 5'10" | MALE |
| | Hair | Skin | Other | |
| | BROWN | WHITE | | |

Copy mailed on:  **03/08/08**

(X) Defendant was not a member of the Armed Forces of the United States at the time/date of service.

Remarks/Comments:

Sworn to before me this
      **15TH**  day of  **MAR**  **2008**

*Leslie A. Cannon*
Notary
    **LESLIE A. CANNON**
**NOTARY PUBLIC, STATE OF NEW YORK**
    **QUALIFIED IN ERIE COUNTY**
**My Commission Expires Feb. 28, 2010**

**WILLIAM F. BROWN**
Printed Name of Server
*William F. B.*
Signature

Cannon Legal Suppot, Inc.
5140 Main Street, Unit 303
Buffalo NY 14221

*AFFIDAVIT PROOF OF SERVICE*
*Individual/Corporation*

JOSHUA SWIGART, ESQ. SBN 225557
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770           Ref. No.        : 0303916-02
Attorney for : PLAINTIFF    Atty. File No.  : C0800455

SUPERIOR COURT OF CA., COUNTY OF CONTRA COSTA
MT. DIABLO JUDICIAL DISTRICT  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : VIAN CHARBONNEAU | Case No.: C 08-00455 |
| DEFENDANT | : THE PATRICK M. CORBETT, et al. | **DECLARATION OF MAILING** |

RE:   SOUTHERN TIER AGENCY, A COMPANY

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action.  My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On March 17, 2008 I served the within documents:

> SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO DEFENDANTS; CASE MANAGEMENT STATEMENT; CONTRA COSTA COUNTY SUPERIOR COURT ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION; NOTICE OF CASE MANAGEMENT CONFERENCE

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

> SOUTHERN TIER AGENCY, A COMPANY
>
> 2265 GEORGE URBAN BLVD
> DEPEW, NY 14043

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 17, 2008 at SAN DIEGO, California.

Signature: _____
KIMBERLY FOWLER

**DECLARATION OF MAILING**