Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff

Vian Charbonneau

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIAN CHARBONNEAU, | Case No.: 3:08-CV-01833-MHP |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| THE PATRICK M. CORBETT LAW OFFICE, A COMPANY, AND PATRICK CORBETT, AN INDIVIDUAL, AND SOUTHERN TIER AGENCY, A COMPANY, | |
| Defendant. | |

JOSHUA SWIGART, ESQ. SBN 225557
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                    Ref. No.        : 0303916-03
Attorney for : PLAINTIFF        Atty. File No.  : C0800455

SUPERIOR COURT OF CA., COUNTY OF CONTRA COSTA
MT. DIABLO JUDICIAL DISTRICT  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : VIAN CHARBONNEAU | Case No.: C 08-00455 |
| DEFENDANT | : THE PATRICK M. CORBETT, et al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO DEFENDANTS; CASE MANAGEMENT STATEMENT; CONTRA COSTA COUNTY SUPERIOR COURT ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION; NOTICE OF CASE MANAGEMENT CONFERENCE

3. a. Party served    :   PATRICK CORBETT, AN INDIVIDUAL
   b. Person served   :   PAUL SIMS, MANAGING AGENT
                          (PERSON APPARENTLY IN CHARGE)

4. Address where the party was served  2265 GEORGE URBAN BLVD
                                        DEPEW, NY  14043    (Business)

5. I served the party
   b. **by substituted service.** On March 7, 2008 at 11:10 AM I left the documents listed in item 2
      with or in the presence of  PAUL SIMS, MANAGING AGENT,
                                   PERSON APPARENTLY IN CHARGE
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
          of the person to be served. I informed him or her of the general nature of the papers.
      (4) a **declaration of mailing** is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:      PATRICK CORBETT, AN INDIVIDUAL
      under [xx] CCP 416.90 (authorized person)

7. **Person who served papers**
   a. WILLIAM BROWN                          d. Fee for service: $55.25
   b. KNOX ATTORNEY SERVICE, INC.            e. I am:
      2250 Fourth Avenue                        (3) a registered California process server
      San Diego, California 92101                  (i)   an independent contractor
   c. 619-233-9700                                  (ii)  Registration No.: 152
                                                    (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 25, 2008                    Signature:  SEE ATTACHED NOTARIZED AFFIDAVIT
                                                    WILLIAM BROWN

JOSHUA SWIGART, ESQ. SBN 225557
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770          Ref. No.       : 0303916-03
Attorney for : PLAINTIFF      Atty. File No.  : C0800455

SUPERIOR COURT OF CA., COUNTY OF CONTRA COSTA
MT. DIABLO JUDICIAL DISTRICT  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : VIAN CHARBONNEAU | Case No.: C 08-00455 |
| DEFENDANT | : THE PATRICK M. CORBETT, et al. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 03/04/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served    PATRICK CORBETT, AN INDIVIDUAL

Business    :    2265 GEORGE URBAN BLVD, DEPEW  NY  14043

Attempts to effect service are as follows:

03/05/08 04:00P  Attempted service at business; subject not in
03/06/08 09:26A  Attempted service at business; subject not in
03/07/08 11:10A  Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 25, 2008              Signature:  SEE ATTACHED NOTARIZED AFFIDAVIT
                                              WILLIAM BROWN

Jud. Coun. form, rule 982.9            **DECLARATION RE DILIGENCE**

| STATE OF: | **CALIFORNIA** | INDEX/CASE/FILE No. | **C 08-00455** |
|---|---|---|---|
| **SUPERIOR** | COURT | COUNTY OF: **CONTRA COSTA** | |

**VIAN CHARBONNEAU**

                    Plaintiff(s)/Petitioner(s),        ***AFFIDAVIT PROOF OF SERVICE***

Vs.                                                                            ***INDIVIDUAL/CORPORATION***

**THE PATRICK M. CORBETT LAW OFFICE, et al.**

                    Defendant(s)/Respondent(s),

STATE OF NEW YORK          )
                                    ss. )
COUNTY OF:     **ERIE**         )

The undersigned states that he/she is a resident of the State of New York, is over the age of 18, and is not a party to this case and that he/she served the annexed:    **SUMMONS and COMPLAINT, CIVIL CASE COVER SHEET, NOTICE TO DEFENDANT, CASE MANAGEMENT STATEMENT, ADR INFORMATION, NOTICE OF MANAGEMENT CONFERENCE.**

And, that the named Defendant/Respondent:  **PATRICK CORBETT, AN INDIVIDUAL**
was served as described below at:
                 Date    **03.07/08**    Time   **11:10 AM**

This service was completed at:    **2265 GEORGE URBAN BLVD., DEPEW NY 14043**
Known to be the Defendant's:    **PLACE OF EMPLOYMENT**

( ) Personal In-Hand
(X) Responsible Person Service          Name:    **PAUL SIMS**
                                               Relationship:  **CO-WORKER**
( ) Substitute Service by affixing to the main door entrance, a copy thereof.
    Previous attempts:
( ) Corporate Service by serving a person so named:
                                             Position:
( ) Non-Service/Unable to Complete Service (Explain Below)

| Description of person served. | Age | Wt | Ht | Sex |
|---|---|---|---|---|
| | 30 | 260 | 5'10" | MALE |
| | Hair | Skin | Other | |
| | BROWN | WHITE | | |

Copy mailed on:

(X) Defendant was not a member of the Armed Forces of the United States at the time/date of service.

Remarks/Comments:

Sworn to before me this                                       **WILLIAM F. BROWN**
     **15TH**    day of    **MAR**    **2008**                          Printed Name of Server

*Leslee A. Cannon*                                                *William F. Brown*
Notary                                                             Signature
**LESLIE A. CANNON**
**NOTARY PUBLIC, STATE OF NEW YORK**                            Cannon Legal Suppot, Inc.
**QUALIFIED IN ERIE COUNTY**               *AFFIDAVIT PROOF OF SERVICE*        5140 Main Street, Unit 303
**My Commission Expires Feb. 28, 2010**                 *Individual/Corporation*               Buffalo NY 14221

JOSHUA SWIGART, ESQ. SBN 225557
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN-DIEGO  CA  92108
619-233-7770                    Ref. No.        : 0303916-03
Attorney for :  PLAINTIFF       Atty. File No.  : C0800455

SUPERIOR COURT OF CA., COUNTY OF CONTRA COSTA
MT. DIABLO JUDICIAL DISTRICT  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : VIAN CHARBONNEAU | Case No.: C 08-00455 |
| DEFENDANT | : THE PATRICK M. CORBETT, et al. | **DECLARATION OF MAILING** |

RE:   PATRICK CORBETT, AN INDIVIDUAL

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action.  My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On March 17, 2008 I served the within documents:

> SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO DEFENDANTS; CASE MANAGEMENT STATEMENT; CONTRA COSTA COUNTY SUPERIOR COURT ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION; NOTICE OF CASE MANAGEMENT CONFERENCE

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

> PATRICK CORBETT, AN INDIVIDUAL
>
> 2265 GEORGE URBAN BLVD
> DEPEW, NY  14043

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 17, 2008 at SAN DIEGO, California.

Signature: _____
KIMBERLY FOWLER

**DECLARATION OF MAILING**