Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Vian Charbonneau

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIAN CHARBONNEAU,** | **Case No.: 08-CV-01833-MHP** |
| PLAINTIFF, | **PLAINTIFF'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16** |
| V. | |
| **THE PATRICK M. CORBETT LAW OFFICE,** | |
| DEFENDANT. | |

Plaintiff, VIAN CHARBONNEAU, certifies that to the best of Plaintiff's knowledge, there are no known persons, associations of persons, firms partnerships, corporations, or other entities other than the parties themselves known to have a financial interest or any other type of interest which would be significantly affected by the outcome of this proceeding.

Dated: June 27, 2008                **HYDE & SWIGART**


By: __/s/ Joshua B. Swigart_____
Joshua B. Swigart
Attorney for Plaintiff