Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Vian Charbonneau

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIAN CHARBONNEAU,**<br><br>                    PLAINTIFF,<br><br>V.<br><br>**THE PATRICK M. CORBETT LAW OFFICE,**<br><br>                    DEFENDANT. | Case No.: 08-CV-01833-MHP<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>[Plaintiff Requests Telephonic Appearance]<br><br>HON. MARILYN H. PATEL<br><br>Date:   July 21, 2008<br>Time:   4:00 p.m. |

Plaintiff, VIAN CHARBONNEAU, ("Plaintiff") and Defendants, PATRICK M. CORBETT LAW OFFICE, PATRICK CORBETT, SOUTHERN TIER AGENCY, ("Defendants') met and conferred pursuant to Rule 26 of the Federal Rules of Civil Procedure on July 3, 2008 via telephone conference.  The Conference was attended by David McGlothlin, Esq. on behalf of Plaintiff and Andrew M. Steinheimer, Esq. on behalf of Defendant.

The parties jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

//

//

//

**CIVIL LOCAL RULE 16-9 INFORMATION**

1. **Jurisdiction and Service:**

   **Jurisdiction:** This case was removed based on alleged jurisdiction arising under 28 U.S.C. § 1331, and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

   **Service:** All parties have been served.

2. **Facts:**

   **Plaintiff alleges:** Plaintiff alleges, Defendant, a debt collector, committed multiple violations of Cal. Civ. Code § 1788 et seq. and 15 U.S.C. § 1692 et seq. including placing several false, misleading, deceptive and abusive phone calls to Plaintiff.

   **Defendant alleges:** Defendant denies that it violated the FDCPA and claims Defendant was legally attempting to collect a debt.

3. **Legal Issues:**

   Whether Defendant violated the California's Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 et seq. ("RFDCPA"), and the Fair Debt Collection Act ("FDCPA"), 15 U.S.C. §1692 et seq.

4. **Motions:**

   There are no prior or pending motions. The parties may file a motion for summary judgment once discovery has been conducted.

5. **Amendment of Pleadings:**

   Plaintiff does not anticipate amending his pleadings at this time.

6. **Evidence Preservation:**

   Plaintiff – Plaintiff is not in possession of any evidence which may result in some form of spoliation if steps are not taken.  Plaintiff intends on taking immediate steps to secure the telephone records of Defendant and to ensure that certain consumer account files are not destroyed in the normal course of business.

Defendant – Defendant has taken steps to ensure that its telephone records and customer account transaction logs and files are not destroyed in the ordinary course of its business.

7. **Disclosures:**

All parties agree to complete the initial Rule 26(a)(1) disclosures of witnesses, documents, itemized damage computations and insurance by August 1, 2008.

8. **Discovery:**

The parties have not yet conducted any discovery. Discovery is currently contemplated on issues framed by the pleadings.

9. **Class Actions:**

A class certification motion is not anticipated at this time as this case was filed as an individual action.

10. **Related Cases:**

There are no related cases at this time.

11. **Relief:**

Plaintiff respectfully requests the Court grant Plaintiff the following relief against Defendant:

**FAIR DEBT COLLECTION PRACTICES ACT**

- an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) in an amount to be adduced at trial, from Defendant;
- an award of statutory damages of $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A);
- an award of costs of litigation and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3).

**ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

- an award of actual damages pursuant to California Civil Code § 1788.30(a) in an amount to be adduced at trial, from Defendant;

- an award of statutory damages of $1,000.00, pursuant to Cal. Civ. Code § 1788.30(b);
- an award of costs of litigation and reasonable attorney's fees, pursuant to Cal. Civ. Code § 1788.30(c).

**12. Settlement and ADR:**

The parties agreed to an Early Neutral Evaluation.

**13. Consent to Magistrate Judge For All Purposes:**

Plaintiff and Defendant do not consent to have a United States Magistrate Judge conduct all further proceedings including trial and entry of judgment.

**14. Other References:**

The case is not suitable for reference to binding arbitration, a special master, or Multidistrict Litigation at this time.

**15. Narrowing of Issues:**

None.

**16. Expedited Schedule:**

This case *cannot* be handled on an expedited basis with streamlined procedures.

**17. Scheduling:**

The parties propose the following dates for this case:

Designation of expert witnesses – 01/22/09.

Non-expert discovery cutoff – 03/19/09.

Expert discovery cutoff – 3/19/09.

Date by which all dispositive motions shall be filed with the Court – 04/23/09.

Pretrial conference – 06/18/09.

Trial date – 07/23/09.

**18. Trial:**

The trial of this matter should last three to four days.

1 | Both parties request a jury trial.

2 | **19. Disclosure of Non-party Interested Entities or Persons:**

3 | Plaintiff will file the "Certification of Interested Entities or Persons"
4 | required by Civil Local Rule 3-16.
5 | Defendants have filed the "Certification of Interested Entities or Persons".
6 | Plaintiff and Defendants recertify as of the date of this report there are no
7 | other interested entities or parties to disclose.

9 | **20. Other Matters:**
10 | Not applicable.

12 | Dated: July 3, 2008                                   **HYDE & SWIGART**

14 |                                                       By: _/s/ Joshua B. Swigart_____
15 |                                                           Joshua B. Swigart
                                                               Attorney for Plaintiff

17 | Dated: July 3, 2008

19 |                                                       By: _/s/ Andrew M. Steinheimer__
20 |                                                           Andrew M. Steinheimer
                                                               Attorney for Defendant

| | |
|---|---|
| 1 | Re: Charbonneau v. The Patrick M. Corbett Law Office |
|   | United States District Court, Northern District of California |
| 2 | Case No. 08-CV-01833 MHP |

**PROOF OF SERVICE**

I, Luisa Parra, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 411 Camino Del Rio South, Suite 301 San Diego, CA 92108-3551. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On July 3, 2008, I served the foregoing document(s) described as

# JOINT CASE MANAGEMENT STATEMENT

On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

        Andrew M. Steinheimer, Mark E. Ellis
        ELLIS, COLEMAN, POIRIER, LA VOIE
        & STENHEIMER LLP
        555 University Avenue, Suite 200 East
        Sacramento, CA 95825

☒ BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.

☐ BY PERSONAL SERVICE, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each such addressee respectively, and caused such envelope to be delivered by hand to the offices of addressee.

☐ BY FACSIMILE, this document was transmitted by facsimile transmission from (619) 330-4657 and transmission was reported as complete and without error. A copy of the transmission report is attached to this affidavit.

☒ ELECTRONICALLY / NEF, this document was transmitted by the Internet through a Notice of Electronic Filing automatically generated by the Court Electronic Filing System Service in accordance with Federal Rules of Civil Procedure 58 and 79 and Local Rules.

☐ ELECTRONICALLY, this document was transmitted by the Internet from our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 3, 2008, at San Diego, California.

                                              ___/S/ LUISA PARRA___
                                              Luisa Parra