# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Charbonneau,<br><br>    Plaintiff(s),<br><br>v.<br><br>The Patrick M. Corbett Law Office,<br><br>    Defendant(s). | 08-01833 MHP ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

>**Sandra J. Shapiro**
>Law Offices of Sandra J. Shapiro
>177 Bovet Road, Suite 600
>San Mateo, CA 94402
>650-638-2343
>sjshapiroecf@yahoo.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-01833 MHP ENE                         - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: July 9, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov