Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Vian Charbonneau

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIAN CHARBONNEAU,** | Case No.: C 08-CV-01833-MHP |
| PLAINTIFF, | **REQUESTS TO APPEAR TELEPHONICALLY** |
| V. | |
| **THE PATRICK M. CORBETT LAW OFFICE,** | HON. Marilyn H. Patel |
| DEFENDANT. | **Date: July 21, 2008<br>Time: 4:00 PM<br>Courtroom: 15** |

**TO THE HONORABLE COURT:**

      Plaintiff's counsel hereby request that Plaintiff's counsel be permitted to appear telephonically at the Case Management Conference scheduled July 21, 2008 at 4:00 p.m. in Courtroom 15 of the above-entitled court located at 501I Street, Sacramento, CA 95814.

//
//
//
//

     Good cause exists because Plaintiff's counsel is located in San Diego California and can meaningfully participate in the Case Management Conference via telephone.  Defendant has been notified of this request.

Dated: July 21, 2008                         **HYDE & SWIGART**

                                       By: __/s/ Joshua B. Swigart___
                                               Joshua B. Swigart
                                               Attorney for Plaintiff

**ORDER**

     Good cause being shown, it is hereby ordered that Plaintiff's counsel be permitted to appear at the Case Management Conference scheduled July 21, 2008 at 4:00 p.m. in Courtroom 15 by telephone.

Dated: _____             _____
                                        **HON. MARILYN H. PATEL**
                                        U.S. DISTRICT JUDGE