1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendants The Patrick M. Corbett Law Offices, a Company, and Patrick Corbett, an
6  individual

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 Vian Charbonneau,                       Case No.:  CV 08-1833 MHP

12        Plaintiff,                        **REQUEST TELEPHONIC APPEARANCE
                                            AT INITIAL CASE MANAGEMENT
13 v.                                       CONFERENCE**

14 The Patrick M. Corbett Law Offices, a Company,   DATE:       July 21, 2008
   and Patrick Corbett, an individual, and Southern  TIME:       4:00 p.m.
15 Tier Agency, a Company,                  JUDGE:      Honorable Marilyn H. Patel

16        Defendants.

17

18        Andrew M. Steinheimer, counsel for Defendants The Patrick M. Corbett Law Offices, and

19 Patrick Corbett, requests permission to appear by telephone at the Case Management Conference

20 scheduled for July 21, 2008, in this matter.  Mr. Steinheimer's office is located in Sacramento, some 85

21 miles from the Court.

22 Dated: July 21, 2008
                                    ELLIS, COLEMAN, POIRIER, LaVOIE
23                                    & STEINHEIMER, LLP

24

25                              By  /s/ Andrew M. Steinheimer
                                    Andrew M. Steinheimer
26                                  Attorneys for Defendants
                                    The Patrick M. Corbett Law Offices, a Company, and
27                                  Patrick Corbett, an individual

28

                                    - 1 -

1    The court hereby grants the request of Andrew Steinheimer to appear at the above-mentioned

2    hearing telephonically.  IT IS SO ORDERED.

3

4    Date: _____, 2008    _____

5    The Hon. Marilyn H. Patel
     United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE