UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIAN CHARBONNEAU, | No. C 08-01833 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |
| v. | |
| PATRICK M. CORBETT, | |
| Defendant(s). | |

The case management conference in this matter currently set for July 21, 2008, is hereby rescheduled to **August 11, 2008, at 4:00 p.m.** A joint case management statement shall be filed one week prior to the conference.

Richard W. Wieking
Clerk, U.S. District Court

Dated: July 25, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140