1  Joshua B. Swigart (SBN: 225557)
   josh@westcoastlitigation.com
2  Robert L. Hyde (SBN: 227183)
   bob@westcoastlitigation.com
3  **Hyde & Swigart**
   411 Camino Del Rio South, Suite 301
4  San Diego, CA 92108-3551
   Telephone: (619) 233-7770
5  Facsimile:  (619) 330-4657

6  Attorneys for the Plaintiff
   Vian Charbonneau

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIAN CHARBONNEAU**<br><br>PLAINTIFF,<br><br>V.<br><br>**THE PATRICK M. CORBETT LAW OFFICE,**<br><br>DEFENDANT. | **CASE NO.: 08-CV-01833-MHP**<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT THE PATRICK M. CORBETT LAW OFFICE, AND [PROPOSED] ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT**<br><br>**HON. MARILYN H. PATEL** |

NOTICE IS HEREBY GIVEN by counsel that this action has been settled as to Defendants The Patrick M. Corbett Law Office, and Vian Charbonneau.  Plaintiff requests this Court to retain complete jurisdiction for 60 days as to Defendants The Patrick M. Corbett Law Office, and Vian Charbonneau for entry of dismissal or to allow Plaintiff to reopen the action upon a good faith showing that the settlement has not been completed with Defendants The Patrick M. Corbett Law Office, and Vian Charbonneau and further litigation is necessary.

Dated: August 11, 2008                                   Respectfully submitted,

                                                          **HYDE & SWIGART**

                                                          By:
                                                              /S/
                                                          **Joshua B. Swigart**
                                                          Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIAN CHARBONNEAU**<br><br>    PLAINTIFF,<br><br>V.<br><br>**THE PATRICK M. CORBETT LAW OFFICE,**<br><br>    DEFENDANT. | **CASE NO.: 08-CV-01833-MHP**<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT THE PATRICK M. CORBETT LAW OFFICE, AND [PROPOSED] ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT**<br><br>**HON. MARILYN H. PATEL** |

The Court has been advised by counsel that this action has been settled as to Defendants The Patrick M. Corbett Law Office, and Vian Charbonneau.

IT IS ORDERED that the Court retains complete jurisdiction for 60 days for entry of dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement with Defendants The Patrick M. Corbett Law Office, and Vian Charbonneau has not been completed and further litigation is necessary.

Dated: _____        _____
                            HON. MARILYN H. PATEL
                            UNITED STATES DISTRICT JUDGE