1  Joshua B. Swigart (SBN: 225557)
   josh@westcoastlitigation.com
2  Robert L. Hyde (SBN: 227183)
   bob@westcoastlitigation.com
3  **Hyde & Swigart**
   411 Camino Del Rio South, Suite 301
4  San Diego, CA 92108-3551
   Telephone: (619) 233-7770
5  Facsimile:  (619) 330-4657

6  Attorneys for the Plaintiff
   Vian Charbonneau

7

8

9           # UNITED STATES DISTRICT COURT
10          # NORTHERN DISTRICT OF CALIFORNIA

11 | **VIAN CHARBONNEAU** | **CASE NO.: 08-CV-01833-MHP** |
12 | PLAINTIFF, | **NOTICE OF SETTLEMENT AS TO DEFENDANT THE PATRICK M. CORBETT LAW OFFICE, AND** |
13 | V. | ~~[PROPOSED]~~ **ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT** |
14 | **THE PATRICK M. CORBETT LAW OFFICE,** | |
15 | DEFENDANT. | **HON. MARILYN H. PATEL** |
16 | | |

17          NOTICE IS HEREBY GIVEN by counsel that this action has been

18 settled as to Defendants The Patrick M. Corbett Law Office, and Vian

19 Charbonneau.  Plaintiff requests this Court to retain complete jurisdiction for 60

20 days as to Defendants The Patrick M. Corbett Law Office, and Vian Charbonneau

21 for entry of dismissal or to allow Plaintiff to reopen the action upon a good faith

22 showing that the settlement has not been completed with Defendants The Patrick

23 M. Corbett Law Office, and Vian Charbonneau and further litigation is necessary.

24 Dated: August 11, 2008                    Respectfully submitted,

25                                           **HYDE & SWIGART**

26
                                           By:
27                                              /S/
                                              **Joshua B. Swigart**
28                                            Attorneys for the Plaintiff

1

2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

3

4

| | |
|---|---|
| **VIAN CHARBONNEAU**<br><br>        PLAINTIFF,<br><br>V.<br><br>**THE PATRICK M. CORBETT LAW OFFICE,**<br><br>        DEFENDANT. | **CASE NO.: 08-CV-01833-MHP**<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT THE PATRICK M. CORBETT LAW OFFICE, AND** ~~**[PROPOSED]**~~ **ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT**<br><br>**HON. MARILYN H. PATEL** |

5

6

7

8

9

10

11    The Court has been advised by counsel that this action has been settled

12    as to Defendants The Patrick M. Corbett Law Office, and Vian Charbonneau.

13    IT IS ORDERED that the Court retains complete jurisdiction for 60

14    days for entry of dismissal or to vacate this order and to reopen the action upon a

15    good faith showing that the settlement with Defendants The Patrick M. Corbett

16    Law Office, and Vian Charbonneau has not been completed and further litigation

17    is necessary. The clerk shall close the file.

18

19    Dated:  August 13, 2008                    _____

20                                                HON. MARILYN H. PATEL
                                                UNITED STATES ...

21



22

23

24

25

26

27

28