Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendants THE PATRICK M. CORBETT LAW OFFICES, PATRICK CORBETT AND SOUTHER TIER AGENCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vian Charbonneau,<br><br>        Plaintiff,<br><br>v.<br><br>The Patrick M. Corbett Law Offices, a Company, and Patrick Corbett, an individual, and Southern Tier Agency, a Company,<br><br>        Defendants. | Case No.: CV 08-1833 MHP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

- 1 -

STIPULATION FOR DISMISSAL WITH PREJUDICE

1  IT IS HEREBY STIPULATED by and between plaintiff VIAN CHARBONNEAU and
2  defendants THE PATRICK M. CORBETT LAW OFFICES, A COMPANY, PATRICK CORBETT,
3  AN INDIVIDUAL, AND SOUTHER TIER AGENCY, that this matter be dismissed, with prejudice,
4  pursuant to FRCP 41(a), with each party to bear its own attorneys' fees and costs.

Dated: November 19, 2008

HYDE & SWIGART

/s/ Joshua B. Swigart
Joshua B. Swigart
Attorney for Plaintiff
VIAN CHARBONNEAU

Dated: November 19, 2008

ELLIS, COLEMAN, POIRIER, LAVOIE, &
   STEINHEIMER LLP

By  /s/ Andrew M. Steinheimer
Andrew M. Steinheimer
Attorney for Defendants
THE PATRICK M. CORBETT LAW OFFICES,
PATRICK CORBETT, AND SOUTHER TIER
AGENCY

- 1 -

STIPULATION FOR DISMISSAL WITH PREJUDICE

1 | Andrew M. Steinheimer - 200524
  | ELLIS, COLEMAN, POIRIER, LAVOIE,
2 |   & STEINHEIMER LLP
  | 555 University Avenue, Suite 200 East
3 | Sacramento, CA  95825
  | Tel: (916) 283-8820
4 | Fax: (916) 283-8821

5 | Attorneys for Defendants THE PATRICK M. CORBETT LAW OFFICES, A COMPANY, PATRICK CORBETT, AN INDIVIDUAL, AND SOUTHER TIER AGENCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Vian Charbonneau, | Case No.: CV 08-1833 MHP |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |
| v. | |
| The Patrick M. Corbett Law Offices, a Company, and Patrick Corbett, an individual, and Southern Tier Agency, a Company, | |
| Defendants. | |

Pursuant to the Stipulation of the parties, and the request of plaintiff, the Court hereby dismisses this case with prejudice.  No party to recover costs or fees.

IT IS SO ORDERED.

Date: 11/20/2008

_____
Hon. Marilyn H. Patel

*[Signature stamp: IT IS SO ORDERED, Judge Marilyn H. Patel, United States District Court, Northern District of California]*

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE